United States District Court
Southern District of Texas
**ENTERED**
May 21, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MONICA GUERRERO, *et al.*, § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> BROWNSVILLE INDEPENDENT § <br> SCHOOL DISTRICT, § <br> Defendant. § | Civil Action No. 1:18-cv-00182 |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" ("R&R") (Docket No. 32). The R&R recommended the Court grant "Defendant Brownsville Independent School District's Motion for Summary Judgment" ("Defendant's Motion") (Docket No. 28), and close the case.

Objections were due May 19, 2020. No objections were filed by either party. A "clearly erroneous, abuse of discretion and contrary to law" standard of review is appropriate when there has been no objection to the magistrate's ruling. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

As a result, Defendant's Motion (Docket No. 28) is **GRANTED**. The District Clerk's Office is **ORDERED** to close this case.

Signed on this 21st day of May, 2020.

Rolando Olvera
United States District Judge